ACCEPTED
14-14-00234-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/6/2015 4:00:30 PM
CHRISTOPHER PRINE
CLERK



# THE Sewell LAW FIRM

A PROFESSIONAL CORPORATION
5909 WEST LOOP SOUTH SUITE 620
BELLAIRE, TX 77401
(713) 432-0730 - TELEPHONE
(713) 432-0748 . FACSIMILE
sewelllawfirm.com

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

11/6/2015 4:00:30 PM

CHRISTOPHER A. PRINE
Clerk

EFREM SEWELL
esewell@sewelllawfirm.com

November 6, 2015

Justice Tracy Christopher
Justice Mark Brown
Justice Ken Wise
c/o Christopher A. Prine, Clerk
301 Fannin Street, Room 245
Houston, Texas 77002.

RE:    No. 14-14-00234-CV Hardriders Motorcycle Club Association, et al. v. Hardriders, Inc., et al.

## WITHDRAWAL OF MANDATE

Dear Justices Christopher, Brown, and Wise:

On October 7, 2015 a petition for review was filed with the Texas Supreme Court and assigned Cause no. 15-0773. This is a request that the Mandate issued by this honorable court be withdrawn as improvidently granted. *See* TRAP 18.1(a) which says that the court of appeals issues the mandate only if no timely petition for review is filed.  TRAP 18.1(a)(1)(A).

I have attached a copy of the case event file from the Texas Supreme Court

As further proof that the Petition for Review was timely filed.


Sincerely,

EFREM D. SEWELL
Attorney at Law
EDS/mpv

## CASE:

**15-0773**

**DATE FILED:**

10/08/2015

**CASE TYPE:**

PETITION FOR REVIEW UNDER TEX. R. APP. P. 53.1

**STYLE:**

HARDRIDERS MOTORCYCLE CLUB ASSOCIATION, ET AL.

**V.:**

HARDRIDERS, INC., WAVERLY NOLLEY, SHANNON MAYFIELD, FRED HARRISON, DARVIN SCOTT, AND MICHELLE OXINDINE

## APPELLATE BRIEFS

| DATE | EVENT TYPE | DESCRIPTION | REMARKS | DOCUMENT |
|------|-----------|-------------|---------|----------|
| 10/07/2015 | PETITION FOR REVIEW | PETITIONER | PETITION FOR REVIEW FILED ON BEHALF OF HARDRIDERS MOTORCYCLE CLUB ASSOCIATION. | [ PDF/6.25 MB ] |

## CASE EVENTS

| DATE | EVENT TYPE | DESCRIPTION | DISPOSITION | REMARKS | DOCUMENT |
|------|-----------|-------------|-------------|---------|----------|
| 10/07/2015 | PETITION FOR REVIEW | PETITIONER | | PETITION FOR REVIEW FILED ON BEHALF OF HARDRIDERS MOTORCYCLE CLUB ASSOCIATION. | [ PDF/6.25 MB ] |

## CALENDARS

| SET DATE | CALENDAR TYPE | REASON SET | REMARKS |
|----------|--------------|------------|---------|
| 11/09/2015 | RESPONSE | RESPONSE DUE | |

## PARTIES

| PARTY | PARTYTYPE | REPRESENTATIVE |
|-------|-----------|----------------|
| NOLLEY, WAVERLY | RESPONDENT | MR. WAVERLY R. NOLLEY |

| | | |
|---|---|---|
| HARDRIDERS MOTORCYCLE CLUB BRAZORIA COUNTY CHAPTER | PETITIONER | MR. EFREM DEMETRIUS SEWELL MR. THAD D. SPALDING |
| SHEPARD, MILO | PETITIONER | MR. THAD D. SPALDING MR. EFREM DEMETRIUS SEWELL |
| SCOTT, DARVIN | RESPONDENT | MR. WAVERLY R. NOLLEY |
| SEWELL, EFREM | PETITIONER | MR. THAD D. SPALDING MR. EFREM DEMETRIUS SEWELL |
| MEEKS, THOMAS | PETITIONER | MR. THAD D. SPALDING MR. EFREM DEMETRIUS SEWELL |
| OXINDINE, MICHELLE | RESPONDENT | MR. WAVERLY R. NOLLEY |
| HARDRIDERS MOTORCYCLE CLUB ASSOCIATION | PETITIONER | MR. EFREM DEMETRIUS SEWELL MR. THAD D. SPALDING |
| HARRISON, FRED | RESPONDENT | MR. WAVERLY R. NOLLEY |
| GUILLORY, JOSEPH | PETITIONER | MR. THAD D. SPALDING MR. EFREM DEMETRIUS SEWELL |
| HARDRIDERS MOTORCYCLE CLUB GALVESTON COUNTY CHAPTER | PETITIONER | MR. EFREM DEMETRIUS SEWELL MR. THAD D. SPALDING |
| MAYFIELD, SHANNON | RESPONDENT | MR. WAVERLY R. NOLLEY |
| THOMAS, TONY | PETITIONER | MR. EFREM DEMETRIUS SEWELL MR. THAD D. SPALDING |
| HARDRIDERS MOTORCYCLE CLUB FORT BEND COUNTY CHAPTER | PETITIONER | MR. THAD D. SPALDING MR. EFREM DEMETRIUS SEWELL |
| HARDRIDERS, INC. | RESPONDENT | MR. WAVERLY R. NOLLEY |
| HARDRIDERS MOTORCYCLE CLUB BEAUMONT CHAPTER | PETITIONER | MR. THAD D. SPALDING MR. EFREM DEMETRIUS SEWELL |
| HARDRIDERS MOTORCYCLE CLUB LAFAYETTE CHAPTER | PETITIONER | MR. EFREM DEMETRIUS SEWELL MR. THAD D. SPALDING |

# OURT OF APPEALS INFORMATION:

COA CASE NUMBER

14-14-00234-CV

COA DISPOSITION:

AFFIRMED

OPINION CITE:

___SW3D___, 08-25-15

COURT OF APPEALS DISTRICT:

14TH COURT OF APPEALS

COURT OF APPEALS JUSTICE:

HONORABLE KENNETH PRICE WISE

# RIAL COURT INFORMATION

**COURT:**

*151ST DISTRICT COURT*

**COUNTY:**

*HARRIS*

**COURT JUDGE:**

*HONORABLE MICHAEL C. ENGELHART*

**COURT CASE:**

*2011-37278*

**COURT REPORTER:**

**PUNISHMENT:**